IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL POWER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOCKHEED MARTIN CORP., | : | No. 18-2672 |
| *Defendant* | : | |

## ORDER

AND NOW, this 14th day of January, 2020, upon consideration of Defendant Lockheed Martin Corp.'s Motion for Summary Judgment (Doc. No. 16), the Response in Opposition (Doc. No. 17), Lockheed Martin's Reply (Doc. No. 19), Oral Argument held on July 12, 2019, Mr. Power's Supplemental Brief (Doc. No. 22), and Lockheed Martin's Supplemental Brief (Doc. No. 23), it is **ORDERED** that Lockheed Martin's Motion for Summary Judgment (Doc. No. 16) is **GRANTED IN PART and DENIED IN PART** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**